## Commonwealth *v.* McHenry, Appellant.

Argued October 5, 1970.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Paul P. Posa,* for appellant.

*John F. Bell,* First Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 7, 1971:
The order of the Superior Court is affirmed.

Mr. Justice ROBERTS dissents for the reasons expressed in his dissenting opinion in *Commonwealth v. James,* 440 Pa. 205, 210, 269 A. 2d 898 (1970).

Mr. Justice COHEN took no part in the decision of this case.